IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| KEVIN SINK | § | |
| VS. | § | CIVIL ACTION NO. 9:16-CV-117 |
| MANAGEMENT AND TRAINING CORPORATION ("MTC") AND DAVID DRISKELL | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Kevin Sink, a prisoner represented by counsel Tammy Peden, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendant Brad Livingston, former Executive Director of TDCJ.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends defendant Brad Livingston's Motion to Dismiss be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Partial Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

So **ORDERED** and **SIGNED** this **1** day of **May, 2017.**

_____
Ron Clark, United States District Judge